UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AKZO NOBEL COATINGS, INC.,

    Plaintiff,

v.                                                                      Case No. 8:09-cv-2453-T-30TBM

AUTO PAINT & SUPPLY OF LAKELAND,
INC.,

    Defendant.
_____/

**ORDER OF DISMISSAL**

    The Court has been advised by Plaintiff's counsel Christopher C. Genovese that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

    **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida on March 12, 2012.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2009\09-cv-2453.dismissal.wpd